No. 97–8228.  FRESCAS v. LORAL VOUGHT SYSTEMS CORP. C. A. 5th Cir.  Certiorari denied.

No. 97–8236.  DUMAS v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–8244.  GAERTTNER v. LOVE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–8245.  FOREMAN v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–8246.  ROTHMAN v. UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 97–8248.  STEPHEN v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.

No. 97–8250.  LONGCRIER v. LAYTON CITY, UTAH.  Ct. App. Utah.  Certiorari denied.

No. 97–8254.  WOLDE-GIORGIS v. DELECKI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8255.  TUNSTALL v. SOMERVILLE ET AL.  C. A. 4th Cir. Certiorari denied.

No. 97–8256.  SMITH v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 97–8262.  GLOVER v. CAIN, WARDEN, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 97–8265.  CUNNINGHAM v. WOODS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–8266.  AZIZ v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–8268.  JEFFRESS v. JOHNSTON ET AL.  C. A. 4th Cir. Certiorari denied.